AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

KEVIN P. BRUCE,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

CASE NO. C2-08-371

JOHN E. POTTER,         JUDGE EDMUND A. SARGUS, JR.
POSTMASTER GENERAL,         MAGISTRATE JUDGE MARK R. ABEL
UNITED STATES POSTAL SERVICE,

        Defendant.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 5, 2010, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: March 5, 2010         JAMES BONINI, CLERK

        /S/ Andy F. Quisumbing
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk